F. BEARD HOBBS, ESQ., (SBN #147652)
1014 Broadway, Suite A
El Cajon, CA 92021
Tel: (619) 201-8467
Fax: (619) 749-0656
beardhobbs@cox.net
ph_assistant@cox.net

Attorneys for Plaintiff,
**S & R WELDING, INC.**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S & R WELDING, INC., a California corporation,<br><br>    Plaintiff,<br>vs.<br><br>TOTAL TEAM CONSTRUCTION SERVICES, INC., et al.,<br><br>    Defendant. | CASE NO. C-15-03691 EDL<br><br>**REQUEST FOR ONE DAY EXTENSION OF TIME TO FILE JOINT CASEMANAGEMENT STATEMENT**<br><br>Date:  February 16, 2016<br>Time:  10:00 a.m.<br>Judge: Elizabeth D. Laporte<br>Dept.: E |

AND ALL CROSS RELATED ACTIONS.

Plaintiff S & R WELDING, INC., a California corporation ("S & R"), by and through its attorney Beard Hobbs hereby request a one day extension of time to file the Joint Case Management Statement due on February 09, 2016, in reference to the February 16, 2016, Continued Case Management Conference hearing, Scheduled for 10:00 a.m., in front of Judge Laporte, Department E. A draft of the Joint Case Management Statement has been e-mailed to all parties, and I request an additional day to incorporate all changes and modifications to the Joint Case Management

///

1

Statement. I have e-mailed all parties a copy of this request and do not believe that any party has an objection to the late filing.

Dated: February 9, 2016

BEARD HOBBS & ASSOCIATES

/s/ Beard Hobbs

Beard Hobbs
Attorney for Defendant/Cross-Complainant
BASIC METALS INDUSTRIES, LLC.

IT IS SO ORDERED.

Date: February 10, 2016

Judge Elizabeth LaPorte