1  F. BEARD HOBBS, ESQ., (SBN #147652)
   1014 Broadway, Suite A
2  El Cajon, CA  92021
   Tel:  (619) 201-8467
3  Fax: (619) 749-0656
   beardhobbs@cox.net
4  ph_assistant@cox.net

5  Attorneys for Plaintiff,
   **S & R WELDING, INC.**

6

7

8                **UNITED STATES DISTRICT COURT**

9         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  S & R WELDING, INC., a California       )    CASE NO. C-15-03691 EDL
    corporation,                            )
12                                          )    **REQUEST FOR TELEPHONIC**
                   Plaintiff,               )    **APPEARANCE**
13  vs.                                     )
                                            )    **Date:  February 16, 2016**
14  TOTAL TEAM CONSTRUCTION                 )    **Time:  10:00 a.m.**
    SERVICES, INC., et al.,                 )    **Judge: Elizabeth D. Laporte**
15                                          )    **Dept.:  E**
                   Defendant.               )
16  _____        )    Action Filed:  August 12, 2015

17

18

19  AND ALL CROSS RELATED ACTIONS.

20       Plaintiff S & R WELDING, INC., a California corporation ("S & R"), by and through its

21  attorney Beard Hobbs hereby request that attorney Beard Hobbs be allowed to appear telephonically

22  at the February 16, 2016, Continued Case Management Conference hearing, Scheduled for 10:00

23  a.m., in front of Judge Laporte, Department E .

24       1.    Our office is located in San Diego County and it would be an extreme hardship to

25

26             have to personally appear in the San Francisco area.

27  ///

28
    REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE
                     AND [PROPOSED] ORDER

1

2   Dated:  February 9, 2016                                BEARD HOBBS & ASSOCIATES

3                                                           /s/ Beard Hobbs

4                                                           _____

5                                                           Beard Hobbs
                                                            Attorney for Defendant/Cross-Complainant
6                                                           BASIC METALS INDUSTRIES, LLC.

7   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Beard Hobbs is allowed to attend

8   the February 16, 2016 Case Management Conference via telephone appearance.

9

10

11  Date: February 11, 2016                    *Elijah D. LaPorte* (signature)

12                                                         Judge Elizabeth LaPorte
                                                           United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE
                    AND [PROPOSED] ORDER